# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE CHESTER ARTHUR,

    Petitioner,

vs.

WARDEN NEVEN, et al.,

    Respondents.

Case No. 2:14-cv-02083-RFB-CWH

**ORDER**

    Petitioner having filed an unopposed motion for an extension of time (first request) (#17), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for an extension of time (first request) (#17) is **GRANTED**. Petitioner will have through December 31, 2015, to file and serve a first amended petition for a writ of habeas corpus.

    DATED: November 4, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge