# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE CHESTER ARTHUR, <br><br> Petitioner, <br><br> vs. <br><br> WARDEN NEVEN, et al., <br><br> Respondents. | Case No. 2:14-cv-02083-RFB-CWH <br><br> **ORDER** |

Petitioner having filed an unopposed motion for an extension of time (second request) (#19), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for an extension of time (second request) (#19) is **GRANTED**. Petitioner will have through February 29, 2016, to file and serve a first amended petition for a writ of habeas corpus.

DATED: December 29, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge