# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE CHESTER ARTHUR,

    Petitioner,

vs.

WARDEN NEVEN, et al.,

    Respondents.

Case No. 2:14-cv-02083-RFB-CWH

**ORDER**

Petitioner has filed a motion to lift stay (ECF No. 27), noting that the post-conviction proceedings have concluded in state court. This court will reinstate the action.

Petitioner has filed a first amended petition (ECF No. 28). The court has reviewed it, and respondents will need to respond to it.

Petitioner has filed a motion for leave to file exhibits under seal (ECF No. 34) and a motion to partially waive local rule IA 10-3(e) (ECF No. 37). The court grants these motions.

IT IS THEREFORE ORDERED that petitioner's motion to lift stay (ECF No. 27) is **GRANTED**. The clerk of the court shall reopen this action.

IT IS FURTHER ORDERED that petitioner's motion for leave to file exhibits under seal (ECF No. 34) is **GRANTED**.

IT IS FURTHER ORDERED that petitioner's motion to partially waive local rule IA 10-3(e) (ECF No. 37) is **GRANTED**.

IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the first amended petition (ECF No. 28).

Respondents shall raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained. If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply. If respondents file a motion, then the briefing schedule of Local Rule LR 7-2 shall apply.

DATED: August 22, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge