# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE CHESTER ARTHUR,

    Petitioner,

vs.

WARDEN NEVEN, et al.,

    Respondents.

Case No. 2:14-cv-02083-RFB-CWH

**ORDER**

Respondents having filed a motion for extension of time (second request) (ECF No. 45), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for extension of time (second request) (ECF No. 45) is **GRANTED**. Respondents will have through December 20, 2017, to respond to the amended petition (ECF No. 28).

DATED: December 12, 2017.

                                                                _____
                                                                 RICHARD F. BOULWARE, II
                                                                 United States District Judge