# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE CHESTER ARTHUR,

    Petitioner,

vs.

WARDEN NEVEN, et al.,

    Respondents.

Case No. 2:14-cv-02083-RFB-CWH

**ORDER**

    Before the court is respondents' unopposed motion for court to issue briefing schedule (ECF No. 48). Until recently, petitioner has been unable to obtain transcripts of court proceedings. Even now, petitioner has been able to order the transcripts but is unable to give a date when he will receive the transcripts. Respondents ask for thirty days after petitioner files the transcripts to prepare an answer or other response to the first amended petition (ECF No. 28). Respondents' request leaves open the question when petitioner will file the transcripts. Although petitioner's counsel has no reason to delay the filing of the transcripts, the court wants a due date on counsel's calendar, in case the overwhelming press of business causes this case to slip out of counsel's mind.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that respondents' unopposed motion for court to issue briefing schedule (ECF No. 48) is **GRANTED**. Petitioner will have ninety (90) days from the date of entry of this order to file and serve Exhibits 71, 73, 75, 76, 78, 83, 93, and 104. Respondents will have thirty (30) days from the date of service of those exhibits to file and serve an answer or other response to the first amended petition (ECF No. 28).

DATED: January 9, 2018.

RICHARD F. BOULWARE, II
United States District Judge