UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE CHESTER ARTHUR,<br><br>*Petitioner,*<br><br>v.<br><br>WARDEN NEVEN, *et al.,*<br><br>*Respondents*. | Case No. 2:14-cv-02083-RFB-CWH<br><br>**ORDER** |

Respondents' motion for an extension of time (ECF No. 56) is GRANTED, and the time for respondents to file an answer to the first amended petition is extended up to and including February 25, 2019.

DATED: <u>January 28, 2019</u>.

_____
RICHARD F. BOULWARE, II
United States District Judge

1