**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE CHESTER ARTHUR, | Case No. 2:14-cv-02083-RFB-CWH |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN NEVEN, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 61), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 61) is **GRANTED**. Petitioner will have through August 12, 2019 to file a reply to the answer (ECF No. 58).

DATED: July 11, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge

1