# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE CHESTER ARTHUR, | Case No. 2:14-cv-02083-RFB-DJA |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN NEVEN, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 64), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (third request) (ECF No. 64) is **GRANTED**. Petitioner will have through August 26, 2019, to file a reply to the answer (ECF No. 58).

DATED: August 13, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge